# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **IN RE:** | Case No.: 15-05527 |
| BRIAN STEVENS | Adversary No.: 15-00651 |
| Debtors. | Chapter: 13 |
| BRIAN STEVENS | Judge Jack Schmetterer |
| Plaintiffs, | |
| vs. | |
| WELLS FARGO BANK | |
| Defendant. | |

## ANSWER TO COMPLAINT TO DETERMINE THE VALUE OF SECURITY

**TO:**   Brian Stevens, Debtor(s), 5707 S Monitor Avenue, Chicago, IL 60638
Charles L. Magerski, Attorney for Debtor(s), 900 Jorie Boulevard, Suite 150, Oak Brook, IL 60523
by electronic notice through ECF

COMES Now the Defendant, Wells Fargo Bank, by and through their attorneys, Codilis & Associates, P.C., and for their Answer to Plaintiff's Complaint to Determine the Value of Security state as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1334, 151, & 157, in that this action arises in and relates to Bankruptcy Case No. 15 B 05527, *In re Brian Stevens* presently before this Court.

    Admit.

2. This a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(1) & (2).

    Admit.

3. Venue is proper pursuant to 28 U.S.C. § 1409.

    Admit.

4. Plaintiff is an individual that is the record title-holders to a property located at 13564 W. 167th, Homer Glen, Illinois 60491 ("Subject Real Estate").

    Admit.

5. On or about February 18, 2015, Plaintiff filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

    Admit.

6. Confirmation of Plaintiff's plan is currently set for September 16, 2015 before this Honorable Court.

    Admit.

7. Wells has a mortgage lien against Subject Real Estate in the approximate amount of $71,095.17. The Wells mortgage lien was recorded with the Cook County Recorder of Deeds. *See* attached Exhibit A is a true and accurate copy of the Proof of Claim filed by Wells in the instant bankruptcy proceeding.

    Denies. The amount of the secured claim is $262,727.60.

8. The fair market value of Subject Real Estate at the time of filing was approximately $98,000.00 pursuant to a residential real estate appraisal ("Appraisal"). *See* attached Exhibit B is a true and accurate copy of the Appraisal.

    Denies. Creditor has an appraisal showing a value of $166,000 (see attached Exhibit A).

9. Pursuant to 11 U.S.C. §§ 506(a) & (d), a creditor would only have secured claim to the extent of the value of the bankruptcy estate's interest in the property securing the claim. As a result, a creditor's lien is void to the extent it is not an allowed secured claim.

    Admit.

10. "The valuation of an under-secured mortgage claim is commonly referred to as a 'strip down' or 'cram down'. Where the valuation of property indicates that a claim is partially secured, the secured portion of the claim is paid through the debtor's plan as an allowed secured claim, and the unsecured portion is 'stripped down' to an allowed unsecured claim. The unsecured claim generally is paid on a pro rata basis along with all other general unsecured claims." *In re Pierre*, 468 B.R. 419, 422 (Bankr.M.D.Fla 2012).

    Admit.

11. Pursuant to 11 U.S.C. 506(a), based on the fair market value of the subject property being $98,000.00, the mortgage claim of Wells should be bifurcated to a secured claim of $98,000.00 and an unsecured claim for the remaining balance.

    Denies.

12. Well's secured claim of $98,000.00 should be paid in full as an allowed secured claim in the Debtor's Chapter 13 plan and Well's lien should be deemed satisfied upon completion of Debtor's Chapter 13 plan payments.

    Denies.

13. Well's unsecured claim for the remaining balance should not be paid based on Debtor's Chapter 7 discharge in case number 14-24297.

    Denies.

**WHEREFORE**, Wells Fargo Bank, Defendant, herein prays that an order be entered denying the Plaintiff's Complaint or any further relief as this Court may deem just and proper.

                                              Respectfully Submitted:
                                              /s/ Jose Moreno
                                              Attorney for Defendant

Jose G. Moreno ARDC#6229900
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE ( 14-10-46529)**

**PROOF OF SERVICE**

  The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed above, as to the Trustee and Debtor's attorney via electronic notice on October 12, 2015 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on October 12, 2015.

                /s/ Jose Moreno
                 Attorney for Movant

Jose G. Moreno ARDC#6229900
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE ( 14-10-46529)**

NOTE: This law firm is deemed to be a debt collector.